Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-073**

**Effective Date of Registration:**
July 31, 2025
**Registration Decision Date:**
August 05, 2025



## Title

**Title of Work:** Kinds of Sugar

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 26, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Heather Hardison
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Heather Hardison
1232 Norvell St., El Cerrito, CA, 94530, United States

## Rights and Permissions

**Name:** Heather Hardison
**Email:** hdhardison@gmail.com
**Address:** 1232 Norvell St.
El Cerrito, CA 94530 United States

## Certification

**Name:** David Denholm
**Date:** July 31, 2025
**Applicant's Tracking Number:** HH20250731

# KINDS OF SUGAR



### CONFECTIONERS (POWDERED) SUGAR
THE FINEST WHITE SUGAR THAT YOU CAN GET. IT IS ABOUT 3 PERCENT CORNSTARCH TO HELP KEEP IT FROM CLUMPING. IT'S USED FOR MAKING ICING OR GLAZING BAKED GOODS.

### GRANULATED SUGAR
THE WHITE TABLE SUGAR THAT EVERYONE IS ACCUSTOMED TO. IT'S THE ONE MOST COMMONLY USED IN RECIPES.

### COARSE SUGAR
WHITE SUGAR THAT HAS A MUCH LARGER CRYSTAL SIZE. IT'S OFTEN USED FOR DECORATING.

### TURBINADO SUGAR
THIS IS RAW CANE SUGAR WITH THE SURFACE MOLASSES REMOVED. IT HAS A COARSE TEXTURE AND A BLONDE COLOR.

### BROWN SUGAR
THE BROWN SUGAR THAT WE PURCHASE IN THE STORE IS OFTEN GRANULATED WHITE SUGAR WITH MOLASSES MIXED BACK IN. THIS CAN BE DONE AT HOME IN YOUR FOOD PROCESSOR BY ADDING ONE TABLESPOON OF MOLASSES PER CUP.

### MUSCOVADO SUGAR
IS A VERY DARK NATURAL BROWN SUGAR, THAT HAS A HIGHER CONCENTRATION OF MOLASSES LEFT IN. IT HAS A STICKIER TEXTURE THAN MOST SUGARS. IT'S USED IN STRONGLY FLAVORED SWEETS SUCH AS GINGERBREAD.



### HONEY & MAPLE SYRUP
YOU CAN REPLACE GRANULATED SUGAR WITH MAPLE SYRUP OR HONEY IN MOST RECIPES. USE ¾ CUP MAPLE SYRUP OR HONEY FOR EVERY 1 CUP GRANULATED SUGAR. WHEN BAKING WITH MAPLE SYRUP OR HONEY, REDUCE THE LIQUID IN THE RECIPE BY 3 TABLESPOONS FOR EVERY CUP USED AND REDUCE THE OVEN TEMPERATURE BY 25° F TO AVOID BURNING. MAPLE SYRUP AND HONEY CAN BE USED INTERCHANGEABLY.

HEATHER HARDISON
WWW.HEATHER-HARDISON.COM