**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HEATHER HARDISON,

   Plaintiff,                                                             Case No.: 1:25-cv-13749

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | YaoAnGuanDongXiaShangMaoYouXianGongSi |
| 2 | Find9Lun |
| 3 | UniqueCustomDIYShop |
| 4 | LanLiXiaHongTing |
| 5 | YunNanZiBin |
| 6 | DongGuanShiMoBiaoFuZhuangYouXianGongSi |
| 7 | CHUNLINSHNAGDIAN |
| 8 | wanyujiewangmao32 |
| 9 | jiangmenshixinhuiqudefuniqiufuhu |
| 10 | 贤淑服饰 |
| 11 | HuoZhiChen |
| 12 | Ohno Tin Signs Store |
| 13 | hongfajiadian |
| 14 | Tie Fa Shi Ye |
| 15 | YellowSignShop |
| 16 | GuDiJingJiWanJuDian |
| 17 | wangjiefeimaoshangwen33 |
| 18 | 义乌市腾劢商贸有限公司 |
| 19 | ywyxgs |
| 20 | JiaQiLi |
| 21 | weicairong123 |
| 22 | DaFengXinXingJianCai |
| 23 | TIN66 |
| 24 | RenKeCould |

| | |
|---|---|
| 25 | jianhua8990 |
| 26 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 27 | GuangZhouYiWuShangMao |
| 28 | Lucky Girl Art Shop |
| 29 | TangYinXianZhongXinQiCheZuLinFuWu |
| 30 | luoyangzhadashangmaoyouxiangongsi |
| 31 | FFYS |
| 32 | hexianyusix |
| 33 | 金华市淑徽服饰有限公司 |
| 34 | LONAZ |
| 35 | GuangZhouZhongWuWangLuoKeJi18 |
| 36 | Zhuoshu Trading |
| 37 | YangZiXuan2025 |
| 38 | 杯架数显 |
| 39 | 户外辉手电品 |
| 40 | 宠玩朱配 |
| 41 | Jinan Yeyin Trading Co., Ltd. |
| 42 | jiexiushiyuanfengmaoyiyouxiangongsi |
| 43 | LiBenHong74 |
| 44 | 车贤饰内店 |
| 45 | ThuyTien1166 |
| 46 | DucThuan652 |
| 47 | xianyoujianhuastore |
| 48 | LLIANHH |
| 49 | dongguanshiyitefangzhipinyouxiangongsi |
| 50 | dikuguanggaochuanmeiyouxiangongsi |
| 51 | WangHu2025 |
| 52 | hongqingstore |
| 53 | BAYABU |
| 54 | ChenMei46 |
| 55 | WangBin75 |
| 56 | suzhoushifuyuecaifangzhi |
| 57 | 乐玩童品铺 |
| 58 | 淮音商贸行 |
| 59 | xuchangdingxiazhuangshigongcheng |
| 60 | 义乌市奎谬电子商务商行 |
| 61 | weixinglipear |
| 62 | Ruichun business |

| | |
|---|---|
| 63 | ChenHongZhuangShiGongCheng |
| 64 | shaoshandian78 |
| 65 | xiaojingxiemao77 |
| 66 | LiuHaiYan547 |
| 67 | ShiChiSiWenSanaoYuXiaGongSi |
| 68 | Pengqing |
| 69 | FuZhouShiJinAnQuXinDianZhenLinMengTingFuZhuangDian |
| 70 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 71 | shijiazhuangqucaimaoyiyouxiangongsi |
| 72 | zhshiun |
| 73 | huizefencaishangmaojingyingbu |
| 74 | Sallyfanny14 |
| 75 | DingYuTing |
| 76 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
| 77 | HeNanJiuQuanLeShangMao |
| 78 | HengYangXianZhaoWanShangMaoYouXianGong |
| 79 | ddaz、 |
| 80 | DaoMingJianShenFuWu |
| 81 | limnnn |
| 82 | 辉凳支架垫 |
| 83 | baofengxiantengdazhuangshigongcheng |
| 84 | Putianshidipeimaoyiyouxiangongsi |
| 85 | yiyangshiheshanquliqueshangmaodian(gerenduzi) |
| 86 | chengjiangchengyushangmaoyouxiangongsi |
| 87 | anxin |
| 88 | SPPsrone |
| 89 | CityStyle |
| 90 | EJGFNG |
| 91 | FHZYJFKW |
| 92 | SJGODSJG |
| 93 | LOVE DIY HWC |
| 94 | Goodadery |
| 95 | Style Life Selection |
| 96 | Happy Nest Supply Station |
| 97 | Homes Picks |
| 98 | StyleSpott |
| 99 | xxxart PrintsG |
| 100 | Quirky Quarters |
| 101 | PAHFGB |